UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE LIFE INS. CO. OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>BRANDON STAUFFER<br><br>Defendant(s). | No. C 07-02622 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 5, 2007            Signature _Sean P. Nalty_
                               Counsel for PLAINTIFF
                               (Plaintiff, Defendant, or indicate "pro se")