SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BRANDON STAUFFER,<br><br>     Defendant | Case No.: C 07-02622 PVT<br><br>**STIPULATION OF THE PARTIES RE SERVICE OF THE COMPLAINT, RESPONSE TO THE COMPLAINT, AND CONTINUATION OF THE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |

Plaintiff Berkshire Life Insurance Company of America ("Berkshire"), through its counsel of record, Sean P. Nalty, and Brandon Stauffer ("Mr. Stauffer"), through his counsel, Lawrence Mann, (collectively "the Parties") hereby enter into the following stipulation:

### INTRODUCTION

Berkshire has filed a complaint for declaratory relief action in this matter. Prior to filing the complaint, Berkshire was advised that Mr. Mann represents Mr. Stauffer. As a result, Berkshire provided Mr. Mann with a copy of the complaint herein and requested that Mr. Mann accept service of process on behalf of Mr. Stauffer. As a result of the discussions on this issue between counsel, Berkshire and Mr. Stauffer, through their counsel of record, stipulate to the following:

---

291464.1

1
**STIPULATION**

## STIPULATION

The complaint in this matter filed by Berkshire shall be deemed served on Brandon Stauffer on August 3, 2007. Stauffer thereafter has 40 days to file a response to the complaint. The response to the complaint therefore must be filed on or before September 12, 2007.

Based on this schedule, the parties further stipulate and respectfully request that the August 24, 2007 Case Management Conference in this matter be continued to a date convenient for the Court in October.

IT IS SO STIPULATED.

Dated: July 25, 2007          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____Sean P. Nalty_____
SEAN P. NALTY
Attorneys for Plaintiff
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

Dated: July 27, 2007          LAW OFFICES OF BOURHIS & MANN

By: _____
LAWRENCE MANN
Attorney for Defendant BRANDON STAUFFER

## (PROPOSED) ORDER

Based on the stipulation of the parties set forth above, and good cause appearing therefore, the Case Management Conference in this matter, currently set for August 24, 2007, at 10:30 a.m. before the Honorable Ronald M. Whyte, is continued to October ____, 2007, at 10:30 a.m. in Courtroom 6 of the above-entitled Court.

IT IS SO ORDERED.

_____
RONALD M. WHYTE,
JUDGE OF THE UNITED STATES DISTRICT COURT

2
STIPULATION