1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  **BOURHIS & MANN**
3  1050 Battery Street
   San Francisco, CA 94111
4  Tel: (415) 392-4660
   Fax: (415) 421-0259
5
6  Attorneys for Plaintiff, BRANDON STAUFFER
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE BRANCH
11

| | |
|---|---|
| 12  BERKSHIRE LIFE INSURANCE | ) Case No.: C07 02622 RMW [E-FILE] |
| 13  COMPANY OF AMERICA, | ) |
| | ) STIPULATION FOR BRIEF |
| 14           Plaintiff, | ) CONTINUANCE OF SEPTEMBER 26, 2007 |
| | ) FOR PLAINTIFF BRANDON STAUFFER |
| 15  v. | ) TO RESPOND TO PLAINTIFF'S |
| | ) COMPLAINT; SUPPORTING |
| 16  BRANDON STAUFFER, | ) DECLARATION OF LAWRENCE MANN; |
| 17 | ) AND [PROPOSED] ORDER |
| |           Defendants. | ) |
| 18 | ) COMPLAINT FILED: 5/17/07 |

19       Pursuant to Rule 61(a) of the Local Rules of Practice for the United States District Court
20  for the Northern District of California ("Local Rules"), Defendant Brandon Stauffer ("Stauffer")
21  and Plaintiff Berkshire Life Insurance Company of America ("Berkshire"), by and through their
22  respective counsel, hereby stipulate and respectfully request the Court to extend the time within
23  which Prudential may answer or otherwise respond to the Complaint for Declaratory Relief To
24  Confirm Rescission filed and served by Plaintiff on May 17, 2007.
25       Specifically, Stauffer shall have an additional fourteen (14) days from the response date
26  of September 12, 2007 in which to answer or otherwise respond, such that a responsive pleading
27
                                                1
28

filed on or before September 26, 2007 shall be deemed timely.

The reasons underlying the stipulation are set forth in the accompanying declaration of Lawrence Mann.

IT IS SO STIPULATED.

Dated: September 14, 2007

BOURHIS & MANN

By: _____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Attorneys for Defendant
BRANDON STAUFFER

Dated: September 13, 2007

WILSON, ELSER, MOSKOWITZ

EDELMAN & DICKER, LLP

By: _____
Sean P. Nalty, Esq.
Attorneys for Plaintiff
BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA

2

Case No.: C07 02622 PVT
STIPULATION FOR BRIEF CONTINUANCE OF SEPTEMBER ____, 2007 FOR PLAINTIFF BRANDON STAUFFER TO RESPOND TO PLAINTIFF'S COMPLAINT; SUPPORTING DECLARATION OF LAWRENCE MANN; AND [PROPOSED] ORDER

1  Pursuant to the stipulation of the parties, Defendant Brandon Stauffer will have up to and
2  including September 26, 2007 to file and serve his response to Plaintiff Berkshire Life Insurance
3  Company of America's Complaint for Declaratory Relief to Confirm Rescission.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT
SAN JOSE BRANCH

3

Case No.: C07 02622 RMW
STIPULATION FOR BRIEF CONTINUANCE OF SEPTEMBER 26, 2007 FOR PLAINTIFF BRANDON STAUFFER TO RESPOND TO PLAINTIFF'S COMPLAINT; SUPPORTING DECLARATION OF LAWRENCE MANN; AND [PROPOSED] ORDER

## DECLARATION OF LAWRENCE MANN

I, LAWRENCE MANN, declare:

1. I am an attorney duly admitted to practice law in all courts within the State of California. I am a partner with the law firm of Bourhis & Mann and I am one of the attorneys at this firm with primary responsibility for handling this case on behalf of Defendant Brandon Stauffer ("Stauffer"). All of the following facts are within my personal knowledge and, if called as a witness, I could and would testify competently as to such matters.

2. Plaintiff Berkshire Life Insurance Company of America ("Berkshire") filed a compliant in the above-captioned action on May 17, 2007. My office was sent a copy of the complaint and Plaintiff's counsel inquired as to whether our office would accept service on behalf of defendant.

3. I need further time to review, evaluate and confer with Stauffer regarding the Complaint prior to responding to it.

4. Accordingly, a brief, two-week continuance of the September 12, 2007 responsive pleading deadline is required and will not alter the date of any event or deadline already fixed by the Court order.

5. Stauffer has requested an extension to respond to September 26, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 14, 2007 at San Francisco, California.

_____
LAWRENCE MANN

4

Case No.: C07 02622 RMW
STIPULATION FOR BRIEF CONTINUANCE OF SEPTEMBER 26, 2007 FOR PLAINTIFF BRANDON STAUFFER TO RESPOND TO PLAINTIFF'S COMPLAINT; SUPPORTING DECLARATION OF LAWRENCE MANN; AND [PROPOSED] ORDER

**PROOF OF SERVICE**
*Berkshire Life Insurance Company of America v. Stauffer, et al.*
*U.S. District Court, Northern District of California, San Jose Branch   Case No. C07-02622 PVT*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On September 1$, 2007, I will serve the following documents:

STIPULATION FOR BRIEF CONTINUANCE OF SEPTEMBER 26, 2007 FOR PLAINTIFF BRANDON STAUFFER TO RESPOND TO PLAINTIFF'S COMPLAINT; SUPPORTING DECLARATION OF LAWRENCE MANN; AND [PROPOSED] ORDER

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**ATTORNEYS FOR PLAINTIFF:**
**BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
Sean P. Nalty, Esq., SBN 121253
WILSON, ELSER, MOSKOWITZ, EDLEMAN & DICKER
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on September 1$, 2007.

_____
Mary M. Martin

5

Case No.: C07 02622 RMW
STIPULATION FOR BRIEF CONTINUANCE OF SEPTEMBER 26, 2007 FOR PLAINTIFF BRANDON STAUFFER TO RESPOND TO PLAINTIFF'S COMPLAINT; SUPPORTING DECLARATION OF LAWRENCE MANN; AND [PROPOSED] ORDER