UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: October 19, 2007

Case No. C-07-02622-RMW        JUDGE: Ronald M. Whyte

**BERKSHIRE LIFE INSURANCE COMPANY   -v- BRANDON STAUFFER**
Title

Appeared                                                             Appeared
**Attorneys Present**                                    **Attorneys Present**

**COURT CLERK:** Jackie Garcia              **COURT REPORTER:** Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held.  The parties are to file a motion to decide if this is an ERISA case.  The motion will be heard before the next CMC.  The Court referred case to Magistrate Judge Trumbull for an early settlement conference within 30 days.  The parties are to do limited discovery.  The Court set a Further Case Management Conference for 3/14/08 @ 10:30 am.  Plaintiff to prepare order following conference.