UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKSHIRE LIFE INSURANCE COMPANY,

    Plaintiff(s),

  v.

STAUFFER,

    Defendant(s).
_____/

No. C 07-02622 RMW (PVT)

NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference has been scheduled before United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San Jose, California 95113, on **Wednesday December 5, 2007 at 10:00 a.m.**, or as soon after as counsel may be heard.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated: 11/02/07                  /s/ Corinne Lew

                                                   Corinne Lew, Courtroom Deputy to
                                                   Magistrate Judge Patricia V. Trumbull