1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  **BOURHIS & MANN**
3  1050 Battery Street
   San Francisco, CA 94111
4  Tel: (415) 392-4660
   Fax: (415) 421-0259
5
6  Attorneys for Plaintiff, BRANDON STAUFFER
7
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE BRANCH
11
12 
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | ) Case No.: C07 02622 RMW (PVT) [E-FILE] |
|---|---|
| Plaintiff, | ) CERTIFICATE OF PROOF OF SERVICE OF MAGISTRATE JUDGE PATRICIA V. TRUMBULL SETTLEMENT CONFERENCE PROCEDURES |
| v. | |
| BRANDON STAUFFER, | SETTLEMENT CONFERENCE |
| Defendants. | DATE        : December 5, 200707<br>TIME        : 10:00 A.M.<br>PLACE      : Room 4200, 280 S. 1st St.<br>                  San Jose, CA  95113 |
|  | COMPLAINT FILED: 5/17/07 |

                              1
Case No.: C07 02622 RMW (PVT)
CERTIFICTE OF PROOF OF SERVICE OF MAGISTRATE JUDGE PATRICIA TRUMBELL SETTLEMENT
CONFERENCE PROCEDURES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE PATRICIA TRUMBULL
SETTLEMENT CONFERENCE PROCEDURES

TO PLAINTIFF(S):

The Magistrate Judge requires that plaintiff serve copies of these procedures on all parties and file a certificate of service with the Court. **If, for any reason your case should settle before the scheduled conference please notify the Magistrate Judge's staff immediately.**

TO ALL PARTIES AND COUNSEL OF RECORD:

Unless otherwise permitted in advance by the Court, counsel shall appear at the Settlement Conference **with the parties** or with the person or persons having full authority to settle the case. Only in rare exceptional situations will the persons with full authority to settle be allowed to be on telephone standby and then **only** with the permission of the Court.

At least five (5) court days before the Settlement Conference the parties shall lodge a Settlement Conference Statement. Please deliver your copies to the clerk's office (Room 2112) where it will be received and put in the Magistrate Judge's mail box.

The Settlement Conference Statement **should not be filed** but lodged with the Clerk of the court who will in turn deliver it to Chambers.

Copies of the Settlement Conference Statements <u>**shall not be served**</u> upon the other parties or counsel and the Court or its personnel <u>**shall not**</u> permit other parties or counsel to have access to these statements.

The Settlement Conference Statement shall include the following:

1. A brief statement of the facts of the case.
2. A brief statement of the claims and defenses including statutory or other grounds upon which the claims and defenses are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
3. A summary of the proceedings to date including rulings on motions and motions outstanding.
4. An estimate of the cost and time to be expended for further discovery, pretrial and trial.
5. A brief statement of the facts and issues upon which the parties agree.
6. Whether there are any discrete issues which, if resolved would aid in the disposition of the case
7. The relief sought
8. The party's position on settlement, including present demands and offers and history of past settlement discussion, offers and demands

Dated: 2-6-97          By: _/s/ Patricia V. Trumbull_
                           PATRICIA V. TRUMBULL
                           U.S. Magistrate Judge

2

**PROOF OF SERVICE**
*Berkshire Life Insurance Company of America v. Stauffer, et al.*
*U.S. District Court, Northern District of California,*
*San Jose Branch   Case No. C07-02622 RMW ( PVT)*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On November 16, 2007, I will serve the following documents:

MAGISTRATE JUDGE PATRICIA TRUMBELL SETTLEMENT CONFERENCE PROCEDURES

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**ATTORNEYS FOR PLAINTIFF:**
**BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
Sean P. Nalty, Esq., SBN 121253
WILSON, ELSER, MOSKOWITZ, EDLEMAN & DICKER
525 Market Street, 17th Floor
San Francisco, CA  94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 16, 2007.

_____
Mary M. Martin

2

Case No.:  C07 02622 RMW (PVT)
CERTIFICTE OF PROOF OF SERVICE OF MAGISTRATE JUDGE PATRICIA TRUMBELL SETTLEMENT CONFERENCE PROCEDURES