Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq.  SBN 83698
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660
Fax: (415) 421-0259

Attorneys for Defendant and Cross-Claimant,
BRANDON STAUFFER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| BERSKHIRE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON STAUFFER, <br><br> Defendant. <br><br>_____ <br><br> BRANDON STAUFFER, <br><br> Cross-Claimant, <br><br> v. <br><br> BERSKHIRE LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, , and DOES 1 – 50, inclusive, <br><br> Cross-Defendants. | Case No.:  C07 02622 RMW [E-FILE] <br><br> NOTICE OF UNAVAILABILITY OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that commencing January 28, 2008 and continuing through

1

1   and including February 8, 2008, attorney Lawrence Mann will be out of the country and

2   unavailable for any purpose, including, without limitation, receiving notice of any kind,

3   appearing in court, responding to ex parte applications or attending depositions.

4        Please be advised that purposely scheduling a conflicting proceeding without good cause

5   is sanctionable conduct [Tenderloin Housing Clinic vs. Sparks (1982) 8 Cal.App.4th 299].

6

7

8   Dated:  November 26, 2007              BOURHIS & MANN

9

10                                        By:

11                                             Ray Bourhis, Esq.
                                              Lawrence Mann, Esq.
12                                        Attorneys for Plaintiff BRANDON STAUFFER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.:  C07 02622 RMW [E-FILE]
NOTICE OF UNAVAILABILITY OF COUNSEL

## PROOF OF SERVICE

*Berkshire Life Insurance Company of America v. Stauffer, et al.*

*U.S. District Court, Northern District of California, San Jose Branch    Case No. C07-02622 PVT*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On November 28, 2007, I will serve the following documents:

NOTICE OF UNAVAILABILITY OF COUNSEL

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**ATTORNEYS FOR PLAINTIFF:**
**BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
Sean P. Nalty, Esq., SBN 121253
WILSON, ELSER, MOSKOWITZ,
EDLEMAN & DICKER
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 28, 2007.

_____
Mary M. Martin

3