UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 12/5/07

Court Reporter:     Clerk:

Case No: C 07-2622 RMW     Case Title: Berkshire Life Ins. vs. Brandon Stauffer

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Sean Nalty | Ray Bourhis |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial   [ ] Status   [ ] Discovery
                        [ ] Settlement   [ ] Final
                        [ ] Other   [X] Settlement Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted         [ ] Settled
[ ] Denied             [ ] Briefs to be filed   [X] Not Settled
[ ] Granted in part, denied in part           [ ] Off Calendar

[.

## ORDER TO BE PREPARED BY

[ ] Plaintiff   [ ] Defendant   [ ] Court   [ ] Court w/opinion

NOTES: 2 HOURS