1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:  (415) 433-0990
4  Facsimile:  (415) 434-1370

5  Attorneys for Plaintiff and Cross-Defendant
   BERKSHIRE LIFE INSURANCE
6  COMPANY OF AMERICA

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE OFFICE

11

12 | BERKSHIRE LIFE INSURANCE | ) | Case No.: C 07-02622 RMW |
   | COMPANY OF AMERICA, | ) | |
13 | | ) | **PLAINTIFF AND CROSS-DEFENDANT** |
   | Plaintiff, | ) | **BERKSHIRE LIFE INSURANCE** |
14 | | ) | **COMPANY OF AMERICA AND CROSS-** |
   | vs. | ) | **DEFENDANT GUARDIAN LIFE** |
15 | | ) | **INSURANCE COMPANY OF** |
   | BRANDON STAUFFER, | ) | **AMERICA'S NOTICE OF MOTION AND** |
16 | | ) | **MOTION FOR SUMMARY JUDGMENT** |
   | Defendant. | ) | **ON THE CROSS-CLAIM FILED BY** |
17 | | ) | **BRANDON STAUFFER** |

18  BRANDON STAUFFER,                )   Date:       May 9, 2008
                                     )   Time:       9:00 a.m.
19       Cross-Complainant,          )   Courtroom:  6
                                     )   Judge:      Hon. Ronald M. Whyte
20  vs.                              )
                                     )   Accompanying Documents:
21  BERKSHIRE LIFE INSURANCE         )
    COMPANY OF AMERICA, et al.       )   1.  Memorandum of Points and Authorities
22                                   )   2.  Declaration of Lisa Kraeutler
         Cross-Defendant.            )   3.  Proposed Order
23  _____  )

24  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25        YOU ARE HEREBY NOTIFIED THAT on May 9, 2008 at 9:00 a.m., or as soon thereafter

26  as this matter may be heard, in Courtroom 6 before the Honorable Ronald M. Whyte, plaintiff and

27  cross-defendant Berkshire Life Insurance Company of America ("Berkshire") and cross-defendant

28  Guardian Life Insurance Company of America ("Guardian") (collectively "Berkshire Life") will

                              1
        Notice of Motion and Motion for Summary Judgment

326326.1

1 and hereby do move the Court for summary judgment on the cross-claim filed by defendant and
2 cross-complainant Brandon Stauffer ("Stauffer") on the grounds that there is no genuine issue as to
3 any material fact and that Berkshire and Guardian, and each of them, are entitled to judgment as a
4 matter of law for the reason that each of the claims for relief set forth in Stauffer's cross-claim are
5 preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"). As more fully
6 set forth in the memorandum of points and authorities that accompanies this motion, the disability
7 insurance policy that is the subject of this matter, upon which each claim for relief in Stauffer's
8 cross-claim is based, is a component of an ERISA plan and therefore governed by ERISA.
9 Accordingly, Stauffer's cross-claim is preempted as it consists entirely of common law claims for
10 relief.
11     This motion is based upon this notice of motion and motion, the accompanying
12 memorandum of points and authorities, the declaration of Lisa Kraeutler and the exhibits attached
13 thereto, and upon such other matters as may be presented to the Court at the time of the hearing on
14 this matter.
15 Dated: March 6, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for Plaintiff and Cross-Defendant
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and
Cross-Defendant GUARDIAN LIFE INSURANCE COMPANY OF AMERICA