1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Plaintiff and Cross-Defendant
   BERKSHIRE LIFE INSURANCE
6  COMPANY OF AMERICA

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE OFFICE

11

12 BERKSHIRE LIFE INSURANCE    )   Case No.    CV07-02622 RMW
   COMPANY OF AMERICA,          )
13                                    )   **DECLARATON OF LISA KRAEUTLER**
           Plaintiff,               )   **SUBMITTED BY BERKSHIRE LIFE**
14                                    )   **INSURANCE COMPANY OF AMERICA**
     vs.                             )   **AND GUARDIAN LIFE INSURANCE**
15                                    )   **COMPANY OF AMERICA IN SUPPORT**
   BRANDON STAUFFER,            )   **OF THEIR MOTON FOR SUMMARY**
16                                    )   **JUDGMENT**
          Defendant.              )
17                                    )   Date:   May 9, 2008
                                               Time:   9:00 a.m.
18                                             Courtroom:   6
                                               Hon. Ronald M. Whyte
19 _____

20 BRANDON STAUFFER,            )
                                      )
21        Cross-Complainant,     )
                                      )
22   vs.                             )
                                      )
23 BERKSHIRE LIFE INSURANCE    )
   COMPANY OF AMERICA, et al.,     )
24                                    )
          Cross-defendant.       )
25                                    )

26

27

28

                                        1
                   **DECLARATION OF LISA KRAEUTLER**
USDC NDCA CASE #CV07-02622 RMW
312228.1

I, Lisa Kraeutler declare as follows:

I am the Controller for Domain Associates, L.L.C. ("Domain"). I held this position with Domain in July 2005 at the time Mr. Brandon E. Stauffer ("Mr. Stauffer") was offered employment with Domain. One of my job responsibilities as Controller for Domain is to oversee the employee benefits provided by Domain. As a result, I have personal knowledge of the facts set forth below, and if called upon to testify under oath in this matter, I could and would testify to the following:

1. Domain is a limited liability company. Mr. Stauffer was an employee of Domain. He held the position of Analyst. Attached hereto, as Exhibit A, is a true and correct copy of the letter that accurately specifies the terms of employment offered to Mr. Stauffer by Domain and accepted by Mr. Stauffer; it was also attached to the prior Declaration of Lisa Kraeutler executed November 27, 2007. The fringe benefits provided to Mr. Stauffer by Domain are correctly stated in Exhibit A and include a profit sharing plan, reimbursement by Domain of dental expenses, Hospital Insurance Coverage, Group Major Medical Health Insurance, Term Life Insurance, and Long Term Disability Insurance (collectively "Benefits" or "Fringe Benefits"). As of October 1, 2005 the Long Term Disability Insurance Benefit referred to at paragraph 4 on page 2 of Exhibit A, was provided through an individual disability contract issued by Berkshire Life Insurance Company of America ("Berkshire") to Mr. Stauffer and as of September 2005 was also covered under the group disability insurance policy issued by another carrier.

2. At the time Mr. Stauffer was hired, Domain provided to all its employees the Fringe Benefits that were provided to Mr. Stauffer. Domain had 23 employees who received the Benefits at the time Mr. Stauffer was offered employment in July 2005.

3. Domain decided to provide the long term disability insurance through group and/or individual disability policies. The purpose of having an individual disability policy issued to an employee was to give the employee the option of keeping the policy if he or she left employment with Domain.

4.  Domain paid the premium for those Fringe Benefits which were insured. This included payment of the premium under the individual disability policies issued to the employees, including the Berkshire policy issued to Mr. Stauffer. Normally, beginning with the second year of coverage, Domain would begin to receive from Berkshire a premium notice for the individual disability policies issued to Domain's employees, including, for example, the policy issued to Mr. Stauffer. Attached hereto, as Exhibit B, is a true and correct copy of the Domain checks which constituted the payment for the premiums under the Berkshire policy issued to Mr. Stauffer for the first two policy years. Domain also paid the premium under the group disability insurance policy, referred to in Exhibit A attached hereto, under which Mr. Stauffer was also covered.

5.  In addition to the payment of premiums, Domain, through an insurance broker, selected the insurance companies, such as Berkshire, who issued the individual disability insurance policies.

6.  The letter to Mr. Stauffer that is attached hereto as Exhibit A states, on page 2, that: "We will then prepare and send you a new employee package containing several other policy documents, employment forms and insurance applications." The insurance applications provided to employees by Domain, as referred to in this letter, are mainly applications for the insurance policies that provide the Fringe Benefits. Included amoung these was an application for an individual disability policy from Berkshire. Domain informed insurance carriers if an individual's employee coverage status changed. Depending upon the question that an employee had regarding coverage, Domain might contact the appropriate insurance carrier.

7.  In the event that an employee had a claim under a disability insurance policy that was part of the Benefits, the claim was submitted to the insurance carrier who issued the disability policy that provided the insurance coverage, for instance Berkshire, who would handle the claim and determine if benefits were payable on the claim.

\\

\\

---

3
**DECLARATION OF LISA KRAEUTLER**
USDC NDCA CASE #CV07-02622 RMW
312228.1

1  \\
2  \\
3       I declare under penalty of perjury, under the laws of the United States of America, that the
4  foregoing is true and correct and that this declaration was dated and signed on February 26, 2008 in
5  Princeton, New Jersey.

*[signature: Lisa A. Kraeutler]*
LISA KRAEUTLER

---

4
**DECLARATION OF LISA KRAEUTLER**
USDC NDCA CASE #CV07-02622 RMW
312228.1

# EXHIBIT A

# DOMAIN ASSOCIATES, L.L.C.
PRINCETON ♦ LAGUNA NIGUEL

### ACCEPTANCE COPY

July 22, 2005

Brandon E. Stauffer
69 Eighth Avenue, #53
New York, NY 10014

Dear Brandon:

This will serve to confirm our offer of employment to you as an Analyst with Domain Associates, L.L.C. Your employment will start September 15, 2005. Your annual base salary will be $85,000 and you will be eligible for a 2005 prorated year-end bonus. This employment offer carries with it a six-month probationary period. Your first salary review will be at the end of 2005; thereafter at the end of each calendar year.

As an employee of Domain Associates, L.L.C. you will be entitled to the following fringe benefits. Coverage in all plans is subject to acceptance of your applications by the various insurance companies.

1) <u>Hospital Coverage</u> - For yourself and your qualified dependents. Coverage commences on the first of the month following 2 months of employment. Domain Associates, L.L.C. will reimburse you for the cost of your Cobra hospital insurance from the date of your employment until your enrollment becomes effective.

2) <u>Group Major Medical Health Insurance</u> - For you and your qualified dependents. Coverage commences upon acceptance of your application by the insurance company. The effective date of enrollment is normally your date of employment. Domain Associates, L.L.C. will reimburse you for the cost of your Cobra major medical insurance from the date of your employment until the effective date of your enrollment.

One Palmer Square ♦ Princeton, NJ 08542 ♦ (609) 683-5656 ♦ FAX (609) 683-9789

EXHIBIT A

Brandon E. Stauffer
July 25, 2005
Page Two

3) <u>Term Life Insurance</u> - A combination of a group policy and an individual life insurance contract, the face values of which together amount to two times your base salary (initially $170,000).

4) <u>Long-Term Disability Insurance</u> - A combination of a group policy and an individual disability contract, the benefits of which together amount to 60% of your base salary (initially $51,000 per year).

5) <u>Dental</u> - Domain Associates, L.L.C. self-insures for dental expenses. Each employee's family is allowed up to $2,500 in reimbursements for dental expenses per calendar year.

6) You will be eligible to participate in the Domain Associates Profit-Sharing Plan after 1,000 hours of service with Domain Associates, L.L.C.

I am enclosing a copy of Domain Associates, L.L.C.'s vacation/sick leave and holiday policy. Please let us know what your new home address will be. We will then prepare and send you a new employee package containing several other policy documents, employment forms and insurance applications.

If you have any questions, please let us know. We look forward to having you join the Domain Associates, L.L.C. team. If the above offer is acceptable to you, please sign the Acceptance copy of this letter and return it to me.

Very truly yours,

*Kathleen K. Schoemaker*
Kathleen K. Schoemaker, CPA
Partner


Accepted and Agreed:
*[signature]*
Brandon Stauffer

July 25, 2005
Date

EXHIBIT B



BERK 00003