1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2     **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Plaintiff and Cross-Defendant
   BERKSHIRE LIFE INSURANCE
6  COMPANY OF AMERICA

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE OFFICE   *E-FILED - 3/13/08*

11

12 BERKSHIRE LIFE INSURANCE        )  Case No.: C 07-02622 RMW
   COMPANY OF AMERICA,             )
13                                  )  **JOINT STIPULATION OF THE PARTIES**
                Plaintiff,          )  **TO CONTINUE THE MARCH 14, 2008**
14                                  )  **CASE MANAGEMENT CONFERENCE**
        vs.                         )  **IN THIS MATTER; xxxxxxxxxxxxx ORDER**
15                                  )
   BRANDON STAUFFER,               )
16                                  )
                Defendant.          )
17  _____  )
                                    )
18 BRANDON STAUFFER,               )
                                    )
19              Cross-Complainant,  )
                                    )
20      vs.                         )
                                    )
21 BERKSHIRE LIFE INSURANCE        )
   COMPANY OF AMERICA, et al.,     )
22                                  )
                Cross-Defendant.    )
23  _____  )

24      Plaintiff and cross-defendant Berkshire Life Insurance Company of America ("Berkshire
25 Life"), cross-defendant Guardian Life Insurance Company of America ("Guardian"), and
26 defendant and cross-complainant Brandon Stauffer ("Stauffer"), through their respective counsel
27 of record, hereby enter into the following stipulation and request to the Court to continue the
28 March 14, 2008 Case Management Conference in this matter.

                                                 1
                                       Joint Stipulation
327272.1                                        Case No.: C 07-02622 RMW

1  Berkshire Life and Guardian will file a motion for summary judgment against the counter
2  claim filed by Stauffer in this matter by or before March 11, 2008. The hearing on this motion
3  will be May 9, 2008. The motion seeks to determine whether the Employee Retirement Income
4  Security Act of 1974 ("ERISA") applies to this matter.

Until this motion is decided, there is very little that the Court can do by way of case management. In addition, it would be more convenient for the parties to have the Case Management Conference in conjunction with the hearing on the motion for summary judgment.

Accordingly, the parties, through their counsel of record, hereby stipulate to the following: That the Case Management Conference, currently set for March 14, 2008 in this matter, can be continued to a date convenient for the Court, preferably in conjunction with the May 9, 2008 hearing on the motion for summary judgment that will be filed by Berkshire Life and Guardian.

IT IS SO STIPULATED.

Dated: March 6, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for Plaintiff and Cross-Defendant
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and Cross-Defendant GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

Dated: March 6, 2008

LAW OFFICES OF BOURHIS & MANN

By  /s/ Lawrence Mann
LAWRENCE MANN
Attorney for Defendant and Cross-Complainant
BRANDON STAUFFER

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the case management conference, currently set for March 14, 2008, is continued to May 9, 2008 to be done in conjunction with the hearing on motion for summary judgment that will be filed by Berkshire Life and Guardian.

IT IS SO ORDERED.

Dated: 3/13/08

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE