1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2  **   EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California  94105
   Telephone:    (415) 433-0990
4  Facsimile:     (415) 434-1370

5  Attorneys for Plaintiff and Cross-Defendant          ****E-FILED 4/25/08***
   BERKSHIRE LIFE INSURANCE
6  COMPANY OF AMERICA and
   GUARDIAN LIFE INSURANCE COMPANY
7  OF AMERICA

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE OFFICE

11  BERKSHIRE LIFE INSURANCE              )   Case No.     CV07-02622 RMW
    COMPANY OF AMERICA,                   )
12                                        )   **STIPULATION OF THE PARTIES**
              Plaintiff,                  )   **CONCERNING ERISA ISSUES AND**
13                                        )   **BRANDON STAUFFER'S FIRST**
       vs.                                )   **AMENDED CROSS-CLAIM; PROPOSED**
14                                        )   **ORDER**
    BRANDON STAUFFER,                     )
15                                        )
              Defendant.                  )
16  _____   )
                                          )
17  BRANDON STAUFFER,                     )
                                          )
18            Cross-Complainant,          )
                                          )
19     vs.                                )
                                          )
20  BERKSHIRE LIFE INSURANCE              )
    COMPANY OF AMERICA, et al.,           )
21                                        )
              Cross-defendant.            )
22  _____   )

23                                     **STIPULATIONS**

24       Plaintiff and cross-defendant BERKSHIRE LIFE INSURANCE COMPANY OF

25  AMERICA ("BERKSHIRE LIFE"), cross-defendant GUARDIAN LIFE INSURANCE

26  COMPANY OF AMERICA ("GUARDIAN") (collective "BERKSHIRE"), and defendant and

27  cross-complainant BRANDON STAUFFER ("STAUFFER"), through their respective counsel of

28  ────────────────────────────────────────────────────────────────
                                           1
    **STIPULATION CONCERNING ERISA ISSUES AND STAUFFER'S FIRST AMENDED CROSS-CLAIM**
    USDC NDCA CASE #CV07-02622 RMW
    334037.1

1 record, hereby enter into the following stipulations concerning BERKSHIRE's motion for summary
2 judgment currently set for hearing in this matter on May 9, 2008:
3       BERKSHIRE LIFE, GUARDIAN and STAUFFER hereby stipulate that this matter is
4 governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). BERKSHIRE
5 LIFE, GUARDIAN and STAUFFER further stipulate that the common law claims for relief,
6 currently alleged in STAUFFER's counter-claim, are dismissed with prejudice from this matter.
7       BERKSHIRE LIFE, GUARDIAN and STAUFFER further stipulate that STAUFFER can
8 file a first amended counter-claim alleging a claim for relief for disability insurance benefits under
9 ERISA.
10      Finally, BERKSHIRE LIFE, GUARDIAN and STAUFFER hereby stipulate that
11 BERKSHIRE's motion for summary judgment, currently set for hearing on May 9, 2008, can be
12 taken off calendar.
13      IT IS SO STIPULATED.
14 Dated: April 16, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
15
16                              By: *Sean P Nalty*
17                              SEAN P. NALTY
                                Attorneys for Plaintiff
18                              BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA
                                and GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
19
20 Dated: April 15, 2008        LAW OFFICES OF BOURHIS & MANN
21
22                              By: *Lawrence Mann*
23                              LAWRENCE MANN
                                Attorney for Defendant and Cross-Complainant
                                BRANDON STAUFFER
24
25                                      **ORDER**
26 Based on the Stipulations set forth above, the Court hereby holds that this matter is
27 governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). Accordingly,
28

2
**STIPULATION CONCERNING ERISA ISSUES AND STAUFFER'S FIRST AMENDED CROSS-CLAIM**
USDC NDCA CASE #CV07-02622 RMW
334037.1

1 defendant BRANDON STAUFFER's ("STAUFFER") common law claims for relief, currently
2 alleged in his cross-claim in this matter, are dismissed with prejudice. In addition, STAUFFER is
3 granted leave to file a first amended cross-claim in this matter for benefits under ERISA. This
4 cross-claim shall be filed within ten days of the service of this Order. Plaintiff and cross-defendant
5 BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and cross-defendant GUARDIAN
6 LIFE INSURANCE COMPANY OF AMERICA have ten days from the filing of the first amended
7 cross-claim by STAUFFER to answer the cross-claim.
8      The case management conference, currently set for May 9, 2008, will remain on calendar in
9 this matter. BERKSHIRE LIFE and GUARDIAN's motion for summary judgment, currently set for
10 hearing on May 9, 2008, is off calendar.
11    **IT IS SO ORDERED.**      /s/ Ronald M. Whyte
12 Dated:   4/25/08
   _____
13 RONALD M. WHYTE, JUDGE OF THE UNITED STATES
   DISTRICT COURT

---

3
**STIPULATION CONCERNING ERISA ISSUES AND STAUFFER'S FIRST AMENDED CROSS-CLAIM**
USDC NDCA CASE #CV07-02622 RMW
334037.1