## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-07-02622-RMW        JUDGE: Ronald M. Whyte

BERKSHIRE LIFE INSURANCE CO.            -V- BRANDON STAUFFER
Title

S. Nalty                                              B. Cohen
Attorneys Present (Plaintiff)              Attorneys Present  (Defendant)

COURT CLERK: Jackie Garcia              COURT REPORTER: Not Reported

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

 Hearing Held.  The parties are to do limited discovery.  3 depositions per side; document request.  After completion of limited discovery, parties are to participate in private mediation.  The Court set a Further Case Management Conference for 9/12/08 @ 10:30AM.  Plaintiff to prepare order following the conference.