1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  **BOURHIS & MANN**
3  1050 Battery Street
   San Francisco, CA 94111
4  Tel: (415) 392-4660
   Fax: (415) 421-0259
5
6  Attorneys for Defendant/Cross-Complainant **BRANDON STAUFFER**

7

8                       UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE BRANCH
11

12 | BERKSHIRE LIFE INSURANCE        ) Case No.: C07-02622 PVT
13 | COMPANY OF AMERICA,             )
                                     ) NOTICE OF UNAVAILABILITY OF
14 |           Plaintiff,            ) COUNSEL
15 | v.                              )
                                     )
16 | BRANDON STAUFFER,               )
                                     )
17 |           Defendant.            )
                                     )
18 | _____ )
                                     )
19 | BRANDON STAUFFER,               )
                                     )
20 |        Cross-Complainant,       )
                                     )
21 | vs.                             )
                                     )
22 |                                 )
     BERKSHIRE LIFE INSURANCE        )
23 | COMPANY OF AMERICA, THE         )
     GUARDIAN LIFE INSURANCE         )
24 | COMPANY OF AMERICA, and DOES 1-50, )
     inclusive,                      )
25 |                                 )
26 |     Plaintiffs/Cross-Defendants.)
                                     )
27 | _____ )
28

---

1

Case No.: C07-02622 PVT
NOTICE OF UNAVAILABILITY OF COUNSEL

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE THAT the Plaintiff's counsel, Lawrence Mann will be out the

3  country and therefore unavailable from Monday, July 7 2008 through Wednesday, July 30, 2008.

4  See *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299, 304-305; C.C.P. §

5  128.5.

6  DATED: May 19, 2008                    BOURHIS & MANN

8  By: _____
      Ray Bourhis, Esq.
9     Lawrence Mann, Esq.
      Attorneys for Defendant/Cross-Complainant
10    BRANDON STAUFFER

**PROOF OF SERVICE**
*Berkshire Life Insurance Company of America v. Stauffer, et al.*
*U.S. District Court, Northern District of California, San Jose Branch   Case No. C07-02622 PVT*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On May 27, 2008, I will serve the following documents:

NOTICE OF UNAVAILABILITY OF COUNSEL

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**ATTORNEYS FOR PLAINTIFF:**
**BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
Sean P. Nalty, Esq., SBN 121253
WILSON, ELSER, MOSKOWITZ, EDLEMAN & DICKER
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on May 27, 2008.

*/s/ Mary M. Martin*
Mary M. Martin