1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohn, Esq. SBN 98065
   **BOURHIS & MANN**
3  1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660
5  Fax: (415) 421-0259

6
   Attorneys for Plaintiff BRANDON STAUFFER
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE BRANCH

12

13 BERKSHIRE LIFE INSURANCE       ) Case No.: C07 02622 RMW [E-FILE]
   COMPANY OF AMERICA,            )
14                                ) STIPULATION AND ORDER
                                  ) CONTINUING CASE MANAGEMENT
15         Plaintiff,             ) CONFERENCE
                                  )
16 v.                             )
                                  )
17 BRANDON STAUFFER,              )
                                  )
18         Defendants.            )
                                  )
19 _____)

20     Defendant Brandon Stauffer and Plaintiff Berkshire Life Insurance Company of America

21 by and through their respective counsel, hereby stipulate and respectfully request that the Court

22 continue the Case Management Conference, currently set for September 12, 2008, to November

23 14, 2008. The purpose of the continuance is to enable the parties to complete the discovery

24 authorized by the Court at the Case Management Conference on May 9, 2008.

25

26

27
                                        1
28 _____
                          Case No.: C07 02622 RMW
         STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1     IT IS SO STIPULATED.

3   Dated: August 26, 2008          **BOURHIS & MANN**

                                             By: /s/ _____
                                                Ray Bourhis, Esq.
                                                Lawrence Mann, Esq.
                                                Bennett M. Cohen, Esq.
                                                Attorneys for Defendant
                                                BRANDON STAUFFER

11   Dated: August 26, 2008         **WILSON, ELSER, MOSKOWITZ**

                                             **EDELMAN & DICKER, LLP**

                                             By: /s/ _____
                                                Sean P. Nalty, Esq.
                                                Attorneys for Plaintiff
                                                BERKSHIRE LIFE INSURANCE
                                                COMPANY OF AMERICA

**ORDER**

GOOD CAUSE APPEARING, based on the Stipulation set forth above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Case Management Conference, currently set for September 12, 2008, is hereby continued to November 14, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____

THE HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT
SAN JOSE BRANCH