```
 1  Ray Bourhis, Esq. SBN 53196
    Lawrence Mann, Esq. SBN 83698
 2  Bennett M. Cohn, Esq. SBN 98065
    BOURHIS & MANN
 3  1050 Battery Street
 4  San Francisco, CA 94111
    Tel: (415) 392-4660
 5  Fax: (415) 421-0259                        *E-FILED - 9/8/08*
 6
    Attorneys for Plaintiff BRANDON STAUFFER
 7
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE BRANCH
12
13  BERKSHIRE LIFE INSURANCE      )  Case No.: C07 02622 RMW [E-FILE]
    COMPANY OF AMERICA,           )
14                                )  STIPULATION AND ORDER
                                  )  CONTINUING CASE MANAGEMENT
15         Plaintiff,             )  CONFERENCE
                                  )
16  v.                            )
                                  )
17  BRANDON STAUFFER,             )
                                  )
18         Defendants.            )
                                  )
19  _____)
```

20      Defendant Brandon Stauffer and Plaintiff Berkshire Life Insurance Company of America
21  by and through their respective counsel, hereby stipulate and respectfully request that the Court
22  continue the Case Management Conference, currently set for September 12, 2008, to November
23  14, 2008.  The purpose of the continuance is to enable the parties to complete the discovery
24  authorized by the Court at the Case Management Conference on May 9, 2008.

---

1

Case No.: C07 02622 RMW
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

IT IS SO STIPULATED.

Dated: August 26, 2008

**BOURHIS & MANN**

By: /s/ Bennett Cohen
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bennett M. Cohen, Esq.
Attorneys for Defendant
BRANDON STAUFFER

Dated: August 26, 2008

**WILSON, ELSER, MOSKOWITZ**

**EDELMAN & DICKER, LLP**

By: /s/ Sean P. Nalty
Sean P. Nalty, Esq.
Attorneys for Plaintiff
BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA

**ORDER**

GOOD CAUSE APPEARING, based on the Stipulation set forth above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Case Management Conference, currently set for September 12, 2008, is hereby continued to November 14, 2008 at ~~9:00~~ 10:30 a.m.

**IT IS SO ORDERED.**

DATED: 9/8/08

*Ronald M. Whyte*
THE HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT
SAN JOSE BRANCH

3
Case No.: C07 02622 RMW
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE