```
 1  SEAN P. NALTY (SBN 121253)
    WILSON, ELSER, MOSKOWITZ,
 2     EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, California 94105
    Telephone:  (415) 433-0990
 4  Facsimile:  (415) 434-1370

 5  Attorneys for Plaintiff
    BERKSHIRE LIFE INSURANCE
 6  COMPANY OF AMERICA

 7  LAWRENCE MANN (SBN 83698)
    LAW OFFICES OF BOURHIS & MANN
 8  1050 Battery Street
    San Francisco, California 94111
 9  Telephone:  (800) 264-2082

10  Attorneys for Defendant
    BRANDON STAUFFER
```

*E-FILED - 11/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>BRANDON STAUFFER,<br><br>            Defendant.<br>_____<br>BRANDON STAUFFER,<br><br>            Cross-Complainant,<br><br>    vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>            Cross-defendant. | Case No.: C 07-02622 RMW<br><br>[~~Proposed~~] ORDER CONTINING THE CASE MANAGEMENT CONFERENCE<br><br><br>Date:       November 14, 2008<br>Time:       10:30 a.m.<br>Courtroom:  6<br>Judge:      Hon. Ronald M. Whyte |

1

[~~Proposed~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
Case No: C 07-02622 RMW
398298.1

1     Based on the stipulation of the parties and good cause appearing therefore, the court
2 hereby continues the November 14, 2008 Status Conference in this matter to
3 January 16, 2009 at 10: 30 a.m.

Dated: _11/13/08_                /s/    for
Hon. Ronald M. Whyte
Judge of the United States District Court