Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660
Fax: (415) 421-0259

*E-FILED - 2/24/10*

Attorneys for Defendant/Cross-Complainant **BRANDON STAUFFER**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BRANDON STAUFFER,<br><br>Defendant.<br>_____<br>BRANDON STAUFFER,<br><br>Cross-Complainant,<br><br>vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-50, inclusive,<br><br>Plaintiffs/Cross-Defendants. | Case No.: C 07-02622 (RMW)<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiffs/Cross-Defendants Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America and Defendant/Cross-Complainant Brandon Stauffer have reached a resolution of this matter. The parties agree to dismiss this action in its

entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

The Parties seek the Court's approval of dismissal of this action with prejudice through the order listed, *infra*.

IT IS SO STIPULATED.

DATED: February 12, 2010      **Wilson Elser Moskowitz Edelman & Dicker, LLP**


By:   /s/ *Sean P. Nalty*
      Sean P. Nalty
      Attorneys for Plaintiff/Cross-Defendant
      Berkshire Life Insurance Company of America and
      The Guardian Life Insurance Company of America

DATED: February 12, 2010      **Bourhis & Mann**


By:   /s/ *Lawrence Mann*
      Ray Bourhis
      Lawrence Mann
      Attorneys for Defendant/Cross-Claimant
      Brandon Stauffer

### ORDER

It is hereby ordered that this matter be dismissed, with prejudice and in its entirety, as to all parties and as to all claims for relief.

IT IS SO ORDERED.

Date: __2/24__, 2010

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Judge